AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) |
| v. | ) |
| NIKOLAI RUMIANTCEV, | ) Case No. 21-CR-10104 |
| also known as NIKOLAY RUMYANTSEV | ) |
| | ) |
| | ) |
| Defendant | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* NIKOLAI RUMIANTCEV,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to obtain unauthorized access to computers, and to commit wire fraud and securities fraud (18 U.S.C. § 371); wire fraud, aiding and abetting (18 U.S.C. §§ 1343 and 2); unauthorized access to computers; aiding and abetting (18 U.S.C. §§ 1030(a)(4) and 2); and securities fraud; aiding and abetting (15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5 and 18 U.S.C. § 2).

Date: 04/06/2021

*Issuing officer's signature*

City and state: Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

15

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>IVAN ERMAKOV,<br>also known as IVAN YERMAKOV<br><br>_Defendant_ | )<br>)  Case No.  21-CR-10104<br>)<br>)<br>)<br>) |

## ARREST WARRANT

DOCKETED HSD

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_  IVAN ERMAKOV                                                                                                        ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to obtain unauthorized access to computers, and to commit wire fraud and securities fraud (18 U.S.C. § 371); wire fraud, aiding and abetting (18 U.S.C. §§ 1343 and 2); unauthorized access to computers; aiding and abetting (18 U.S.C. §§ 1030(a)(4) and 2); and securities fraud; aiding and abetting (15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5 and 18 U.S.C. § 2).

Date:  04/06/2021

_Marianne B. Bowler, USMJ_
_Issuing officer's signature_

City and state:  Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J
_Printed name and title_

### Return

This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____
at _(city and state)_ _____ .

Date: _____

_____
_Arresting officer's signature_

_____
_Printed name and title_

15

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: __IVAN ERMAKOV__

Known aliases: __IVAN YERMAKOV__

Last known residence: ____

Prior addresses to which defendant/offender may still have ties: ____

Last known employment: ____

Last known telephone numbers: ____

Place of birth: ____

Date of birth: ____

Social Security number: ____

Height: ____    Weight: ____

Sex: ____    Race: ____

Hair: ____    Eyes: ____

Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____

Complete description of auto: ____

Investigative agency and address: __Federal Bureau of Investigation__
__601 4th St NW, Washington, DC 20535__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

Date of last contact with pretrial services or probation officer *(if applicable)*: ____

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.
VLADISLAV KLYUSHIN,
a/k/a "Vladislav Kliushin"

          *Defendant*

Case No. 21-CR-10104

DOCKETED

HSD

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   VLADISLAV KLYUSHIN                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment         ☐ Superseding Indictment         ☐ Information         ☐ Superseding Information         ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to obtain unauthorized access to computers, and to commit wire fraud and securities fraud (18 U.S.C. § 371); wire fraud, aiding and abetting (18 U.S.C. §§ 1343 and 2); unauthorized access to computers; aiding and abetting (18 U.S.C. §§ 1030(a)(4) and 2); and securities fraud; aiding and abetting (15 U.S.C. §§ 78j(b) and 78ff(a), 17 C.F.R. § 240.10b-5 and 18 U.S.C. § 2).

Date: __04/06/2021__

*Marianne B. Bowler, USMJ*
*Issuing officer's signature*

City and state:   Brookline, Massachusetts

Hon. Marianne B. Bowler, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

15

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: __VLADISLAV KLYUSHIN__
Known aliases: __VLADISLAV KLIUSHIN__
Last known residence: ____
Prior addresses to which defendant/offender may still have ties: ____

Last known employment: ____
Last known telephone numbers: ____
Place of birth: __Moscow, USSR__
Date of birth: __09/08/1980__
Social Security number: ____
Height: __6' 0"__    Weight: __195 lbs__
Sex: __M__    Race: __W__
Hair: __Black__    Eyes: __Brown__
Scars, tattoos, other distinguishing marks: ____

History of violence, weapons, drug use: ____

Known family, friends, and other associates *(name, relation, address, phone number)*: ____

FBI number: ____
Complete description of auto: ____

Investigative agency and address: __Federal Bureau of Investigation__
__601 4th St NW, Washington, DC 20535__

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: ____

Date of last contact with pretrial services or probation officer *(if applicable)*: ____